PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com; rforni@rmkb.com

Attorneys for Defendant,
PEERLESS INSURANCE COMPANY.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTON WAY SHELLERS/ VERDEGAAL FARMS,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, PEERLESS INSURANCE COMPANY; AND DOES 1 through 10, inclusive<br><br>    Defendants. | CASE NO. 1:11-cv-00587-AWI-SMS<br><br>(Formerly Merced Court Case No. CV-001693)<br><br>**STIPULATION AND ORDER REMANDING ACTION** |

**WHEREAS**, plaintiffs Winton Way Shellers/Verdegaal Farms (hereinafter "plaintiffs"), individually or jointly, do not seek, and will not recover, in the above-captioned action or any case pending before this or any court damages in excess of $75,000 (including insurance benefits, special damages, economic damages, general damages, non-economic damages, attorney fees, and punitive damages), excluding costs of suit and interest, arising from, related to or in connection with, directly or indirectly, the subject matter of this litigation, including Claim Number 303856540 regarding plaintiffs' claim or claims for insurance benefits under Policy No. CBP 8692462, effective June 20, 2009 to June 20, 2010, written by defendant Peerless Insurance Company (hereinafter "the Claim"); nor will plaintiffs, individually or jointly, do so in the future for any reason;

**WHEREAS**, no judgment in favor of plaintiffs, individually or jointly, in the above-captioned action pending before this court or any other court shall exceed $75,000, excluding costs of suit and interest;

**WHEREAS**, plaintiffs waive, and are estopped from asserting, any right to seek, or to recover, in the above-captioned action any damages of any type in excess of $75,000, excluding costs of suit and interest, arising from, related to or in connection with, directly or indirectly, the subject matter of this litigation, including the Claim, based on any facts, losses or claims that are not presently known to plaintiffs or their attorneys, that may have been underestimated in amount or severity, or that are discovered after the execution of this Stipulation;

**WHEREAS**, plaintiffs and defendant Peerless Insurance Company (hereinafter "Peerless"), by and through their respective counsel, have agreed to and executed the Stipulation and Proposed Order Limiting Amount in Controversy and Damages Recoverable attached hereto as Exhibit "A," which shall be filed with the Merced County Superior Court following the remand of this action;

**WHEREAS**, Peerless consents to the remand of this action to the Merced County Superior Court based on the foregoing, and subject to the terms of this Stipulation and the Stipulation and Proposed Order Limiting Amount in Controversy and Damages Recoverable attached hereto as Exhibit "A";

**WHEREAS**, in the event that plaintiffs, individually or jointly, seek, or attempt to recover, damages in excess of $75,000, excluding costs of suit and interest, in the above-captioned action, Peerless may remove this action to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1441(b);

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs and Peerless, by and through their respective counsel, that the above-captioned action shall be, and hereby is remanded to the Merced County Superior Court.

Dated: May 5, 2011                                       SILVEIRA, MATTOS & LEWIS

By:   */s/ Weldon J. Mattos, Jr.*
     WELDON J. MATTOS, JR.
     Attorneys for Plaintiffs,
     WINTON WAY SHELLERS/
     VERDEGAAL FARMS,

Dated: May 5, 2011                                       ROPERS, MAJESKI, KOHN & BENTLEY

By:   */s/ Robert M. Forni, Jr.*
     PAMELA E. COGAN
     ROBERT M. FORNI, JR.
     Attorneys for Defendant,
     PEERLESS INSURANCE COMPANY

## **ORDER**

The foregoing stipulation is approved. Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Merced County Superior Court. In the event that plaintiffs Winton Way Shellers/Verdegaal Farms, individually or jointly, hereafter seek, or attempt to recover, damages in this action in excess of $75,000, excluding costs of suit and interest, defendant Peerless Insurance Company may remove this action to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1441(b).

IT IS SO ORDERED.

Dated:   May 9, 2011                           _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE